UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| EON-NET, L.P.,<br><br>                Plaintiff,<br>v.<br><br>LINENS 'N THINGS, INC.,<br><br>                Defendant. | Civil Action No. 2:06-cv-00315- FSH-PS |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41, the parties hereby stipulate to the dismissal without prejudice of this action and all claims and counterclaims therein.

By: _____
Jean-Marc Zimmerman, Esq.
Zimmerman, Levi & Korsinsky, LLP
226 St. Paul Street
Westfield, NJ 07090
Tel: (908) 654-8000
Fax: (908) 654-7207
Attorneys for Plaintiff Eon-Net, L.P.

By: _____
Robert A. White, Esq.
Christopher Iannicelli, Esq.
Morgan, Lewis & Bockius LLP
502 Carnegie Center
Princeton, NJ 08540-6241
Tel: (609) 919-6600
Fax: (609) 919-6701
Attorneys for Defendant Linen 'n Things, Inc.

1-NY/2115783.1